COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:         Jerry L. Berwick v. Richard T. Wagner

Appellate case number:       01-12-00872-CV

Trial court case number:     0849782

Trial court:                 309th District Court of Harris County

On October 3, 2013, we abated this case for the parties and, if necessary, the trial court to comply with the procedures set forth in Texas Rule of Appellate Procedure 34.5(e), because it appeared, based on the Original Clerk's Record, the 1st Supplemental Clerk's Record, and the representation in the 2nd Supplemental Clerk's Record that "there is neither a Signed Jury Charge nor a Signed Charge of the Court in the file or imaged," that the trial court's charge to the jury and the jury's verdict in this case had been lost or destroyed. *See* TEX. R. APP. P. 34.5(e). On January 21, 2014, the district clerk filed a 4th Supplemental Clerk's Record containing the trial court's charge to the jury and the jury's verdict. Accordingly, we REINSTATE this case on the Court's active docket.

Appellant's "Notice of Filing and Request to Calendar," requesting that this Court calendar this matter for additional review, is dismissed as moot.

It is so ORDERED.

Judge's signature:_/s/Chief Justice Sherry Radack
         ☒  Acting individually    ☐ Acting for the Court

Date:  January 29, 2014